**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

David Myers, Appellant.

Appellate Case No. 2011-195026

Appeal From Florence County
Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No. 2013-UP-051
Submitted January 1, 2013 – Filed January 30, 2013

**APPEAL DISMISSED**

Appellate Defender Robert M. Pachak, of Columbia; and David Myers, pro se, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster, for Respondent.

**PER CURIAM:** Dismissed after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.